


**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 28, 2009**                                              **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| In Re: § | Chapter 13 |
| § | Case No. 09-70368-HdH-13 |
| Elbert Lee Myles § | |
| and Lillian Elizabeth Strawn-Myles § | |
| Debtors § | |
| Elbert Lee Myles § | |
| And Lillian Elizabeth Strawn-Myles § | |
| Plaintiffs § | Adversary No. 09-07004-hdh |
| v. § | |
| USA Auto Sales, Inc. dba USA Auto Sales § | |
| Defendant | |

### ORDER ON MOTION FOR TURNOVER, SANCTIONS AND CIVIL CONTEMPT OF COURT

CAME ON TO BE HEARD, the 16th day of December, 2009, the Debtors' Motion for Turnover, Sanctions and Civil Contempt of Court. After considering the evidence presented at trial, the Court has ruled, and IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

I.

The Court finds that USA Auto Sales, Inc. dba USA Auto Sales willfully violated the automatic stay of 11 U.S.C. § 362.

II.

The Court finds that Debtors are entitled to recovery of loss of their property and expenses, as a result of the actions of the Defendant, in the amount of $1,650.00. The Court further finds that the Debtors are entitled to recover of punitive damages in the amount of $1,000.00.

III.

The Court finds that Monte J. White and Associates, P.C. is entitled to reimbursement of attorney fees and expenses in the amount of $2,050.00.

IV.

The Court hereby orders that all funds are due and payable to Monte J. White and Associates, P.C. within ten days of this order becoming a final judgment.

# # # END OF ORDER # # #

PREPARED BY:

Monte White, Attorney for Debtor
Monte J. White & Associates, P.C.
1106 Brook Ave.
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax
legal@montejwhite.com